UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA WILLIAMS,<br><br>                Plaintiff,<br><br>      -against-<br><br>LOMBARDO, DAVIS & GOLDMAN,<br><br>                Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br> Case No. 1:10-cv-00139 |

LAURA WILLIAMS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, LOMBARDO, DAVIS & GOLMAN (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By:     /s/ Adam T. Hill
Adam T. Hill
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
Tel.: 312-578-9428 ext 242
Fax: 866-870-0941
ahill@consumerlawcenter.com
Attorney for Plaintiff
Laura Williams